

Misc. No. 12–8008/AR. Julian Assange, and Wikileaks, Appellants v. United States of America and Lieutenant Colonel Paul Almanza, Appellees. CCA 20111146. Notice is hereby given that a writ–appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 09–0519/NA. U.S. v. Michael S. Hodge. CCA 200601124. Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

Briefs will be filed under Rule 25.

No. 11–0647/MC. U.S. v. Marchello K. Hancock. CCA 201000400. Review granted on the following issue:

> AS IN *UNITED STATES v. FOSLER*, THE ARTICLE 134 SPECIFICATION FAILED TO ALLEGE EITHER POTENTIAL TERMINAL ELEMENT AND THEREFORE FAILED TO STATE AN OFFENSE. COULD APPELLANT PLEAD GUILTY TO A SPECIFICATION THAT FAILED TO STATE AN OFFENSE?

Briefs will be filed under Rule 25.